UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

DIANA DIUNOV

v.

UNITED STATES OF AMERICA,
    Defendant.

NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION
08-cv-03184 (KMW)

TO:    Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York


by: /s/ _____

Amie N. Ely
Assistant United States Attorney
(212) 637-2214

TO:    Diana Diunov