UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| DIANA DIUNOV,<br>　　　　　　Petitioner, | NOTICE OF APPEARANCE<br>AND REQUEST FOR<br>ELECTRONIC<br>NOTIFICATION |
| - against | 08-cv-03184 (KMW) |
| UNITED STATES OF AMERICA,<br>　　　　　　Respondent | |

-------------------------------------------------------------------X

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　John W. Mitchell
　　　　　　　　　　　　　　　　　　Counsel to the Petitioner
　　　　　　　　　　　　　　　　　　Diana Diunov
　　　　　　　　　　　　　　　　　　30 Broad Street, 27th Floor
　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　(212) 696-9500
　　　　　　　　　　　　　　　　　　jwmlaw@cs.com

cc: Amie N. Ely
　　　Assistant United States Attorney