```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
DIANA DIUNOV,

        Petitioner,

  -against-

UNITED STATES OF AMERICA,

        Respondent.
-------------------------------------X

08 Civ. 3184 (KMW)

ORDER

KIMBA M. WOOD, U.S.D.J.:

    Petitioner Diana Diunov has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. In accordance with Rule 4 of the Rules Governing Section 2255 Proceedings in the United States District Courts, the Court has reviewed the petition, and hereby orders Respondent to serve and file an answer by May 26, 2008. Petitioner may serve and file reply papers by June 23, 2008.

    The Clerk of the Court is directed to serve, by certified mail, a copy of this Order and the underlying petition on the United States Attorney for the Southern District of New York. The Clerk of the Court shall also mail a copy of this Order to Petitioner.

        SO ORDERED.

Dated:   New York, New York
       April 28, 2008

                              /s/ Kimba M. Wood
                              Kimba M. Wood
                         United States District Judge