Law Offices Of
JOHN W. MITCHELL
30 Broad Street, 27th Floor
New York, N.Y. 10004

Phone 212 696-9500                                                                                   Fax 212 334-5412


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

BY FAX
Hon. Kimba M. Wood, Chief Judge
United States District Court
For The Southern District of New York
United States Courthouse
500 Pearl Street
New York New York

**MEMO ENDORSED**

Re:   Diunov v. United States; 1:08-cv-03184-KMW

Dear Judge Wood,

I am counselor to the Petitioner Diana Diunov, in the above entitled Habeas Corpus proceeding. Pursuant to the Court's last scheduling order, Petitioner's reply papers were scheduled to be served on Monday July 7th, 2008. Because of a unusually heavy work load and the intervening holiday weekend, I asked Assistant United States Attorney Amie Ely - counsel to the government in this matter - if she would have any objection to a two week adjournment of the date to file the reply. The government has given their consent to the adjournment. Unfortunately I misinterpreted the docket entry "designating" this matter to Magistrate Judge Eaton, and when I spoke to his chambers last week they were under the impression that the case was on their docket and they said to make the application to adjourn to Magistrate Judge Eaton - which I did. His chambers called today however to say that the case was still with Your Honor and the application should be made to this Court. I immediately called your chambers and explained the mix-up and they instructed me to fax the application for an adjournment to chambers.

Accordingly, I am respectfully requesting <u>an adjournment of the time to file Petitioner's reply from July 7th to July 21st, 2008.</u> I am sorry for any confusion or inconvenience this may have caused.

] Granted
  KMW

Yours truly,

John W. Mitchell

cc: AUSA Amie Ely, by fax

SO ORDERED, N.Y., N.Y.   July 8, 2008


KIMBA M. WOOD
U.S.D.J.

MICROFILMED JUL 18 2008 -9 08 AM